UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80114-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RENALDO ROBERTS**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 47]. On December 13, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 16] pursuant to a written plea agreement and factual proffer [ECF No. 44]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 47]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 47] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Renaldo Roberts as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Renaldo Roberts is adjudicated guilty of Count One of the Indictment, which charges Defendant with alien smuggling for the purpose of financial gain, in violation

CASE NO. 21-80114-CR-CANNON

of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts 2-20 against the Defendant at sentencing [ECF No. 44 (plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of January 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record